# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSDQ MESH TECHNOLOGIES LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>KOURT SECURITY PARTNERS, LLC<br>d/b/a SELECT SECURITY, and<br>SECURITY PARTNERS, LLC<br><br>                      Defendants. | Case No. 1:16-cv-00321-GMS |

## STIPULATED MOTION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and in light of the "LICENSE AGREEMENT" between Plaintiff JSDQ Mesh Technologies LLC and AES Corporation (the supplier of products accused of infringement in this action), Plaintiff and Defendants Kourt Security Partners, LLC d/b/a Select Security and Security Partners, LLC, hereby move for an order in the form attached hereto dismissing all claims in this action WITH PREJUDICE (as to the accused AES technologies set forth in the Complaint), with each party to bear its own costs, expenses and attorneys' fees.

Dated: March 9, 2017

                                                      Respectfully submitted,

| | |
|---|---|
| */s/* *Tiffany Geyer Lydon* | */s/* *George Pazuniak* |
| Tiffany Geyer Lydon | George Pazuniak (DE Bar 478) |
| ASHBY & GEDDES | O'KELLY & ERNST, LLC |
| 500 Delaware Avenue, 8th Floor | 901 N. Market Street, Suite 1000 |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Phone: (302) 478-4230 |
| Phone: (302) 654-1888 | gp@del-iplaw.com |
| tlydon@ashby-geddes.com | |
| | *Of Counsel:* |
| Gary W. Smith | Timothy J. Haller |
| Jon C. Cowen | The Monadnock Building |

| | |
|---|---|
| POSTERNAK BLANKSTEIN & LUND<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Phone: (617) 973-6100<br>gsmith@pbl.com<br>jcowen@pbl.com | 53 West Jackson Boulevard, Suite 1623<br>Chicago, IL 60604<br>Phone: (630) 336-4283<br>haller@haller-iplaw.com<br><br>Gabriel I. Opatken<br>NOBLE IP LLC<br>418 North Noble Street, Suite No. 4<br>Chicago, IL 60642<br>Phone: (773) 648-5433<br>gabriel@nobleipllc.com |
| *Attorneys for Defendants, Kourt Security Partners, LLC d/b/a Select Security and Security Partners, LLC* | *Attorneys for Plaintiff, JSDQ Mesh Technologies LLC* |